# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**680**

**CA 15-01974**

PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

---

WILLIAM M. EDDY, PLAINTIFF-APPELLANT,

V                                                                ORDER

DAVID ANTANAVIGE, DEFENDANT-RESPONDENT.

---

MURRAY JS KIRSHTEIN, UTICA, FOR PLAINTIFF-APPELLANT.

LONGERETTA LAW FIRM, UTICA (DAVID A. LONGERETTA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Oneida County (David A. Murad, J.), entered July 1, 2015.  The judgment awarded plaintiff $25,000 together with interest thereon from June 14, 2013.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court